# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Nicholas Henley,

    Plaintiff,

v.

Neessen Chevrolet, Inc.,

    Defendant,

Automotive Restyling Concepts, Inc. *doing business as* Drive Appeal *formerly known as* AC Motors *formerly known as* Automotive Concepts; BB Motor Sales, LLC *doing business as* Luther Brookdale Chevrolet;

    Defendants and Cross Defendants,

Auto-Owners Insurance Company,

    Defendant and Cross Claimant.

Case No. 24-CV-00195 (JMB/LIB)

**ORDER OF DISMISSAL**

---

    This matter is before the Court on the parties' Joint Stipulation for Dismissal of Plaintiff Nicholas Henley's claim against Defendant Neessen Chevrolet, Inc. (Neesen). (Doc. No. 82.) Plaintiff wishes to dismiss the claim stated in Count I of the Complaint (Doc. No. 1) against Neessen under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that this claim against Neessen is DISMISSED WITH PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated: May 14, 2025

/s/ Jeffrey M. Bryan
Judge Jeffrey M. Bryan
United States District Court